1  DAVID L. ANDERSON, CABN 149604
   United States Attorney
2  DEBORAH STACHEL, CABN 230138
   Regional Chief Counsel, Region IX
3  MARLA K. LETELLIER, CABN 234969
   Assistant Regional Counsel,
4  United States Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, California 94105-1545
        Telephone: (415) 977-8928
6       Facsimile: (415) 744-0134
        Email: marla.letellier@ssa.gov
7
8  Attorneys for DEFENDANT

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12 PAUL B. HUNT,                          )  CASE NO.: 3:20-cv-02241-RS
                                          )
13        Plaintiff,                      )  STIPULATION FOR VOLUNTARY
                                          )  REMAND PURSUANT TO SENTENCE
14 vs.                                    )  FOUR OF 42 U.S.C. § 405(g) AND TO
                                          )  ENTRY OF JUDGMENT
15                                        )
   ANDREW SAUL,                           )
16    Commissioner Of Social Security,    )
                                          )
17            Defendant                   )
                                          )
18
       The parties, through counsel, HEREBY STIPULATE that the above entitled action shall be
19
   remanded to the Commissioner of Social Security for further administrative proceedings pursuant to
20
   sentence four of 42 U.S.C. § 405(g).
21
       Upon remand, the Administrative Law Judge will be instructed to reevaluate the medical
22
   evidence of record, reevaluate his maximum residual functional capacity pursuant to the relevant
23
   regulations, and take further action as appropriate to issue a new decision.
24

25

26

27

28

1

2

Defendant will lodge a proposed Judgment of Remand concurrent with the lodging of this stipulation.

3

4

Respectfully submitted,

5

6

DAVID L. ANDERSON
United States Attorney

7

8

Dated: November 30, 2020          By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

9

10

11

SACKETT AND ASSOCIATES

12

Dated: November 30, 2020          By: */s/ Harvey P. Sackett*
HARVEY P. SACKETT
Attorney for Plaintiff
(as approved by email)

13

14

15

16

17

PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19

DATED:  November 30, 2020

20

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28